Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>  v.<br><br>ONE 2.15 CARAT ROUND CUT DIAMOND RING WITH 14K WHITE GOLD PRONG MOUNT, G.I.A. CERTIFICATE #10407746,<br><br>      Defendant. | CASE NO. C12-1389RAJ<br><br>MOTION FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>December 26, 2014 |

  COMES NOW Plaintiff, United States of America, by and through Acting United States Attorney Annette L. Hayes and Assistant United States Attorney Richard E. Cohen, and moves for a dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A) as to the one 2.15 carat round cut diamond ring with 14K white gold prong mount, G.I.A. certificate #10407746, (hereinafter referred to as the "defendant ring.")  . The basis for this motion is the entry of the Order approving the Stipulated Settlement Agreement, granted on October 28, 2014, Docket No. 160, in the related criminal action *U.S. v. Joseph Kil, et al*, Western District of Washington, Case No. CR12-5106RBL.  The Order approving the Stipulated Settlement Agreement in the related criminal case concludes the litigation of the forfeiture of the defendant ring.

Motion for Dismissal
U.S. v. One 2.15 Carat Round Cut Diamond Ring (Case No. C12-1389RAJ)- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Therefore, the United States moves to dismiss this civil forfeiture action against the
2  above-referenced defendant ring.
3  DATED this 4th day of December, 2014.

Respectfully submitted,

ANNETTE L. HAYES
Acting United States Attorney

 s/Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-2242
Fax No.:       (206) 553-6934
E-mail: Richard.E.Cohen@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 4th, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF and that a copy of the same, was served upon the counsel for all parties of record.

 s/Jennifer Biretz
JENNIFER BIRETZ
FSA Supervisory Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  (206) 553-1520
Fax: (206) 553-6934
E-Mail: Jennifer.Biretz@usdoj.gov

Motion for Dismissal
U.S. v. One 2.15 Carat Round Cut Diamond Ring (Case No. C12-1389RAJ)- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970