HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ONE 2.15 CARAT ROUND CUT DIAMOND RING WITH 14K WHITE GOLD PRONG MOUNT, G.I.A. CERTIFICATE #10407746,<br><br>        Defendant. | CASE NO. C12-1389RAJ<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

No one has opposed Plaintiff's motion to dismiss this case without prejudice in the wake of the settlement of a related criminal action. The motion is therefore GRANTED. Dkt. # 11. This case is DISMISSED without prejudice.

Dated this 29th day of December, 2014.

WILLIAM M. MCCOOL
Clerk

s/ Rhonda Stiles
Deputy Clerk

MINUTE ORDER – 1